FEGLES CONSTRUCTION COMPANY, LTD., Appellant, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Respondent.— Order affirmed, with twenty dollars

costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.